# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Thigpen | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:17-cv-00241-C |
| RCI Hospitality Holdings, Inc. et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to the accepted offer of judgment, judgment is entered. Plaintiff Ronald V. Thigpen shall recover the amount of $20,000.00 including all claims for relief, costs now accrued and attorney's fees from Defendants RCI Hospitality Holdings Inc., RCI Management Services Inc., and JAI Dining Services Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: January 5, 2018

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*